

**ORDERED in the Southern District of Florida on June 3, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                            Case No. 18-16314-LMI

LA CAPITAL DE LA FRUTA I, INC.,
                                                                  Chapter 7
    Debtor.
_____/
DREW M. DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                         Adv. Pro. No.19-01800-LMI
-vs-

A.M.L.L. CORPORATION,
d/b/a Antonio Pena Distributors,

    Defendant.
_____/

### AGREED ORDER OF DISMISSAL (SETTLEMENT)

This matter came on before the Court for consideration of a voluntary dismissal based upon settlement between the parties (Trustee and Defendant) and the Court,

having reviewed the file and noting the agreement to dismissal based upon the submission of this Agreed Order by Trustee's Counsel and the yet-to-be-filed motion to approve same in the parent case, and finding good cause shown, does

ORDER:

1. That the instant adversary proceeding is dismissed based upon the settlement between the parties, and the Clerk of the Court is directed to close this adversary proceeding.

2. This Court reserves jurisdiction to reinstate this Adversary proceeding or enforce the settlement should the settlement not be approved or otherwise complied with.

3. Each party hereto shall bear their own fees and costs.

###

Submitted by:
    JAMES B. MILLER, ESQ.
Copies to:
    James B. Miller, Esq.
    Luis R. Casas, Esq.